UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDGAR LEE WARREN,   No. C 07-5728 MHP (pr)

    Plaintiff,   **ORDER OF DISMISSAL**

    v.

PEO 95818 PEOPLE 95896; et al.,

    Defendants.
                                   /

    This pro se civil action was filed on November 13, 2007, at which time the court notified plaintiff in writing that the action was deficient due to the failure to pay the filing fee or furnish a completed and signed court-approved in forma pauperis application.  Plaintiff was advised that failure to pay the fee or file the application materials within thirty days would result in dismissal of the action.  Plaintiff did not pay the filing fee or submit an in forma pauperis application.  The action is DISMISSED without prejudice for failure to pay the filing fee or submit a completed in forma pauperis application.   Plaintiff may file a new action, but should include a filing fee or an in forma pauperis application with a new complaint to commence that new action.  The clerk shall close the file.

    IT IS SO ORDERED.

DATED: February 14, 2008

_____
Marilyn Hall Patel
United States District Judge