UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDGAR LEE WARREN, | | No. C 07-5728 MHP (pr) |
| Plaintiff, | | **JUDGMENT** |
| v. | | |
| PEO 95818 PEOPLE 95896; et al., | | |
| Defendants. | | |

This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed in forma pauperis application.

IT IS SO ORDERED AND ADJUDGED.

DATED: February 14, 2008

Marilyn Hall Patel
United States District Judge